# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
FELIX COMPANY, INC.                   §          Case No. 08-03265
                                      §
          Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/16/2012 in Courtroom 4016,
          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/07/2012          By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FELIX COMPANY, INC. §    Case No. 08-03265
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 44,355.33 |
| and approved disbursements of | $ 7,677.78 |
| leaving a balance on hand of[1] | $ 36,677.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8B | Laborers Pension & Welfare Funds | $ 244,211.43 | $ 244,211.43 | $ 0.00 | $ 28,639.17 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 28,639.17 |
| Remaining Balance | $ 8,037.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 5,185.53 | $ 0.00 | $ 5,185.53 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 1,839.73 | $ 0.00 | $ 1,839.73 |
| Attorney for Trustee Fees: The Helms Law Firm P.C. | $ 1,012.50 | $ 0.00 | $ 1,012.50 |
| Other: International Sureties | $ 27.99 | $ 27.99 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,037.76 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,937.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8C | Laborers' Pension & Welfare Funds | $ 14,937.37 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 643,423.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Lurvey Turf Nursery | $ 151,365.18 | $ 0.00 | $ 0.00 |
| 000002 | Kankakee Nursery Co. | $ 13,994.31 | $ 0.00 | $ 0.00 |
| 000003 | Beeson&#039s McHenry County Nursery | $ 15,017.30 | $ 0.00 | $ 0.00 |
| 000004 | Beaver Creek Nursery Inc. | $ 20,179.29 | $ 0.00 | $ 0.00 |
| 000005 | American Express Bank FSB | $ 4,210.26 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | DuPage Top Soil | $ 2,732.13 | $ 0.00 | $ 0.00 |
| 000007 | Waste Management | $ 351.32 | $ 0.00 | $ 0.00 |
| 000008A | Laborers&#039 Pension and Welfare Funds | $ 138,373.70 | $ 0.00 | $ 0.00 |
| 000009 | Illinois Dept. of Labor | $ 6,660.96 | $ 0.00 | $ 0.00 |
| 000010 | Illinois Dept. of Labor | $ 39,095.76 | $ 0.00 | $ 0.00 |
| 000011 | Illinois Dept. of Labor | $ 135,331.81 | $ 0.00 | $ 0.00 |
| 000012 | Illinois Dept. of Labor | $ 23,313.36 | $ 0.00 | $ 0.00 |
| 000013 | Illinois Dept. of Labor | $ 53,132.19 | $ 0.00 | $ 0.00 |
| 000014 | Illinois Dept. of Labor | $ 39,665.76 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $ 0.00

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-03265-CD
Felix Company, Inc.                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mhenley              Page 1 of 3              Date Rcvd: Feb 08, 2012
                               Form ID: pdf006           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2012.
```
db         +Felix Company, Inc.,    15 W 673 Virginia Ln.,    Elmhurst, IL 60126-1261
11947976   +A. Campanelle & Associates,    19 S. LaSalle Street,    Suite 1500,    Chicago, IL 60603-1413
11947980   +AT & T,    P.O. Box 8100,    Aurora, IL 60507-8100
11947977   +American Express,    P.O. 650448,    Dallas, TX 75265-0448
12210839    American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11947981    Beaver Creek Nursery Inc.,    6604 Randall Road,    Poplar Grove, IL 61065-9005
11947982   +Beeson's McHenry County Nursery,    8501 White Oak Road,    Harvard, IL 60033-8310
11947983   +DuPage Top Soil,    Nelson Law Office, P.C.,    129 West Willow Avenue,    Wheaton, IL 60187-5236
11947984   +George and Jean Ponterelli,    6215 N. Forest Glen,    Chicago, IL 60646-5068
11947985   +Illinois Dept. of Labor,    Asst. Attorney General William Yung,    Asst Attorney Joshua Rodin,
              100 W. Randolph St. 13th Floor,    Chicago, IL 60601-3397
11947987    Kankakee Nursery Co.,    Teller, Levit & Silvertrust, P.C.,    11 Eas Adams Ste #800,
              Chicago, IL 60603
11947988   +Kankakee Nursey Company,    P.O. Box 288,    Aroma Park, IL 60910-0288
11947989   +Kendall Hill Nursery,    15990 Newark Road,    Newark, IL 60541-9307
12385159   +Laborer's Pension and Welfare Funds,    111 West Jackson Blvd., Suite 1415,
              Chicago IL 60604-3868
11947990   +Laborers Pension Fund & Health &,    Welfare Dept./Attn: Patrick Wallace,    53 W. Jackson, #550,
              Chicago, IL 60604-3425
12385174   +Laborers' Pension and Welfare Funds,    Amy Carollo, Office of Fund Counsel of,
              Laborers Pension & Welfare Funds,    111 W. Jackson, Ste 1415,    Chicago, IL 60604-3868
11947991   +Lake Street Landscape Supply,    1810 West Lake Street,    Chicago, IL 60612-2630
11947992   +Lange Motor Express Inc.,    4201 Doty Road,    Woodstock, IL 60098-7578
11947993   +Lurvey Landscape Supply,    2550 E. Dempster,    Des Plaines, IL 60016-5303
11947994   +Lurvey Turf Nursery,    W 3411 State Rd 59,    Whitewater, WI 53190-3032
11947996   +Mariani Nurseries,    13715 Horton Road,    Kenosha, WI 53142-7929
11947999   +NICor,    c/o NCO Financial Systems,    P.O. Box 17196,    Baltimore, MD 21297-1196
11948000    Orland Soil Contractors, Inc.,    4011 West 165th Street,    Tinley Park, IL 60478-2007
11948001   +Poul's Nursery,    303 E. Marion,    Prospect Heights, IL 60070-1550
11948002    Public Storage,    Schiller Park/I Park Rd.,    9700 W. Irving Park Road,
              Schiller Park, IL 60176-1908
11948003   +Route 21 Rental,    1306 E. Rand Road,    Arlington Heights, IL 60004-4018
11948004    Sam Felix,    5 Gold Ct.,    Streamwood, IL 60107
11948005   +Sam's 24 Hr Towing Service,    9500 Franklin St.,    Franklin Park, IL 60131-2768
11948006    Schiller Park Public Storage,    9700 W. Irving Park Rd.,    Schiller Park, IL 60176-1908
11948007    Shemin Nurseries,    4 N 755 Lombard,    Addison, IL 60101
11948008   +Teller Levitt and Silvertrust,    11 East Adams St.,    8th Floor,    Chicago, IL 60603-6324
11948009   +Terry Lydon,    6621 W. Ogden Av.,    Berwyn, IL 60402-3759
11948010    Wandell's Nursery,    1898 County Road 17700 N,    Urbana, IL 61802-9802
11948012    Wilson Nurseries,    1898 County Road,    Urbana, IL 61802-9802
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11947986     E-mail/Text: cio.bncmail@irs.gov Feb 09 2012 03:21:12     Internal Revenue Service,
              ATTN: Centralized Insolvency,    PO Box 21126,    Philadelphia, PA 19114
11947997   +E-mail/Text: mjm@morrisroelaw.com Feb 09 2012 03:23:49     Michael J. Morrisroe LTD,
              114 S. Bloomingdale Rd,    Bloomingdale, IL 60108-1239
11947999   +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 09 2012 03:40:43     NICor,
              c/o NCO Financial Systems,    P.O. Box 17196,    Baltimore, MD 21297-1196
11947998   +E-mail/Text: bankrup@nicor.com Feb 09 2012 03:22:11     Nicor,    PO Box 870,
              Aurora, IL 60507-0870
                                                                                              TOTAL: 4
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11947978   ##+Ana Maria Felix,    15 W. 673 Virginia Ln.,    Elmhurst, IL 60126-1261
11947979   ##+Ana Marie Felix,    15 W. 673 Virginia Ln.,    Elmhurst, IL 60126-1261
11947995   ##+Mannheim Rentals,    3231 N. Mannheim Road,    Franklin Park, IL 60131-1531
11948011   ##+Waste Management,    2421 W Peoria Ave. Suite 110,    Phoenix, AZ 85029-4942
                                                                                   TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mhenley              Page 2 of 3            Date Rcvd: Feb 08, 2012
                              Form ID: pdf006            Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2012**              **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 3 of 3                Date Rcvd: Feb 08, 2012
                              Form ID: pdf006            Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2012 at the address(es) listed below:

     Amy N. Carollo   on behalf of Creditor   Laborers' Pension Fund and Laborers' Welfare Fund for the
      Health and Welfare Department of the Laborers' District Council of Chicago and Vicinity
      amy.carollo@gmail.com,   fundcounsel@gmail.com;taniam@chilpwf.com;vedranaa@chilpwf.com
     Brenda Porter Helms   on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
     Brenda Porter Helms   brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
     Kent A Gaertner   on behalf of Debtor   Felix Company, Inc. kgaertner@springerbrown.com,
      kgaertner@springerbrown.com;marigonzo@springerbrown.com
     Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
     Robert R Dlugajczyk   on behalf of Creditor Beverly Davis-Riordan rrdlaw@aol.com
                                            TOTAL: 6