UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
FELIX COMPANY, INC.                   §        Case No. 08-03265
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Terry Lydon |  |  |  |  |  |
| 8B | LABORERS PENSION & WELFARE FUNDS |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| THE HELMS LAW FIRM, P.C. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| THE HELM SLAW FIRM P.C. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| 8C | LABORERS' PENSION & WELFARE FUNDS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Campagnale & Assoc. | | | | | |
| | AT&T | | | | | |
| | Ana Maria Felix | | | | | |
| | George & Jean Ponerelli | | | | | |
| | IL Dept. of Labor | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kankakee Nursery Co. | | | | | |
| | Kendall Hill Nursery | | | | | |
| | Lake St. Landscape Supply | | | | | |
| | Lange Motor Express Inc. | | | | | |
| | Lurvey Landscape Supply | | | | | |
| | Manheim Rentals | | | | | |
| | Mariani Nurseries | | | | | |
| | Michael J. Morrisroe Ltd. | | | | | |
| | Nicor | | | | | |
| | Orland Soil Contractors, Inc. | | | | | |
| | Poul's Nursery | | | | | |
| | Public Storage | | | | | |
| | Route 21 Rental | | | | | |
| | Sam Felix | | | | | |
| | Sam's 24 Hour Towing | | | | | |
| | Shermin Nurseries | | | | | |
| | Wandell's Nursery | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wilson Nurseries | | | | | |
| 000004 | BEAVER CREEK NURSERY INC. | | | | | |
| 000003 | BEESON"S MCHENRY COUNTY NURSERY | | | | | |
| 000006 | DUPAGE TOP SOIL | | | | | |
| 000009 | ILLINOIS DEPT. OF LABOR | | | | | |
| 000010 | ILLINOIS DEPT. OF LABOR | | | | | |
| 000011 | ILLINOIS DEPT. OF LABOR | | | | | |
| 000012 | ILLINOIS DEPT. OF LABOR | | | | | |
| 000013 | ILLINOIS DEPT. OF LABOR | | | | | |
| 000014 | ILLINOIS DEPT. OF LABOR | | | | | |
| 000002 | KANKAKEE NURSERY CO. | | | | | |
| 000008A | LABORERS" PENSION AND WELFARE FUND | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | LURVEY TURF NURSERY | | | | | |
| 000007 | WASTE MANAGEMENT | | | | | |
| 000005 | AMERICAN EXPRESS BANK FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-03265 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FELIX COMPANY, INC. | | Date Filed (f) or Converted (c): | 02/13/08 (f) |
| | | | 341(a) Meeting Date: | 04/08/08 |
| For Period Ending: | 05/26/12 | | Claims Bar Date: | 07/11/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 448.00 | 0.00 | DA | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE | 137,473.89 | 0.00 | DA | 0.00 | FA |
| 3. ICC LICENSE | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. MACHINERY, FIXTURES, AND BUSINESS E | 99,000.00 | 0.00 | | 44,300.00 | FA |
| 5. OFFICE EQUIPMENT, FURNISHINGS, AND | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 52.35 | Unknown |
| 7. TAX REFUNDS | Unknown | 0.00 | | 3.42 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $237,921.89 | $0.00 | $44,355.77 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has submitted TFR to UST

Initial Projected Date of Final Report (TFR): 06/30/09     Current Projected Date of Final Report (TFR): 06/30/11

LFORM1
UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.06b

FORM 2     Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 08-03265 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FELIX COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7527 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2930 | | |
| For Period Ending: | 05/26/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/30/08 | | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview IL 60455 | SALE OF MACHINERY AND EQUIPMENT | 43,300.00 | | | | | 43,300.00 |
| 05/30/08 | 4 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $43,300.00 | | | | | | 43,300.00 |
| 06/19/08 | | American Auction Associates 8515 S. Thomas Bridgeview IL 60455 | add'l proceeds of equipment sale | 1,000.00 | | | | | 44,300.00 |
| 06/19/08 | 4 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $1,000.00 | | | | | | 44,300.00 |
| 06/27/08 | 000101 | American Auction Associates, Inc. | auction expenses | | | 4,840.89 | | | 39,459.11 |
| 06/27/08 | 000102 | The Helms Law Firm, P.C. | reimbursement of storage costs | | | 2,645.69 | | | 36,813.42 |
| 06/30/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 4.64 | | | | 36,818.06 |
| 07/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 4.82 | | | | 36,822.88 |
| 08/29/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 4.68 | | | | 36,827.56 |
| 09/08/08 | | Daniel W. Hynes Treasurer of State of iIllinois | withholding tax refund | 3.42 | | | | | 36,830.98 |
| 09/08/08 | 7 | Asset Sales Memo: | TAX REFUNDS $3.42 | | | | | | 36,830.98 |
| 09/30/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 4.53 | | | | 36,835.51 |
| 10/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 3.57 | | | | 36,839.08 |
| 11/28/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 3.02 | | | | 36,842.10 |
| 12/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1.85 | | | | 36,843.95 |
| 01/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 36,844.26 |
| 02/06/09 | 000103 | International Sureties Ltd | trustee bond | | | 39.85 | | | 36,804.41 |
| 02/27/09 | 6 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.28 | | | | 36,804.69 |
| 03/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 36,805.00 |
| 04/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.81 | | | | 36,805.81 |
| 05/29/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.94 | | | | 36,806.75 |
| 06/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.91 | | | | 36,807.66 |
| 07/31/09 | 6 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.94 | | | | 36,808.60 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03265 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FELIX COMPANY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7527  Money Market - Interest Bearing |
| Taxpayer ID No: | *******2930 | | | |
| For Period Ending: | 05/26/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,809.54 |
| 09/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 36,810.45 |
| 10/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,811.39 |
| 11/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 36,812.30 |
| 12/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,813.24 |
| 01/29/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,814.18 |
| 02/26/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.85 | | | | 36,815.03 |
| 03/06/10 | 000104 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | | | 31.25 | | | 36,783.78 |
| 03/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,784.72 |
| 04/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 36,785.63 |
| 05/28/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,786.57 |
| 06/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 36,787.48 |
| 07/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,788.42 |
| 08/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,789.36 |
| 09/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 36,790.27 |
| 10/29/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,791.21 |
| 11/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 36,792.12 |
| 12/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,793.06 |
| 01/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 36,794.00 |
| 02/19/11 | 000105 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | | | 27.99 | | | 36,766.01 |
| 02/28/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.28 | | | | 36,766.29 |
| 03/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 36,766.60 |
| 04/29/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 36,766.90 |
| 05/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 36,767.21 |
| 06/30/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 36,767.51 |
| 07/29/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 36,767.82 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03265 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FELIX COMPANY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7527  Money Market - Interest Bearing |
| Taxpayer ID No: | *******2930 | | | |
| For Period Ending: | 05/26/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 36,768.13 |
| 09/30/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.30 | | | | 36,768.43 |
| 10/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 36,768.74 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -46.84 | | 36,721.90 |
| 11/30/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.30 | | | | 36,722.20 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -45.27 | | 36,676.93 |
| 12/30/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 36,677.24 |
| 01/31/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 36,677.55 |
| 02/29/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.29 | | | | 36,677.84 |
| 03/16/12 | 6 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.15 | | | | 36,677.99 |
| 03/16/12 | | Transfer to Acct #*******6258 | Final Posting Transfer | | | | | -36,677.99 | 0.00 |

| Account *******7527 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 44,303.42 | 5 | Checks | 7,585.67 |
| | 46 | Interest Postings | 52.35 | 2 | Adjustments Out | 92.11 |
| | | | | 1 | Transfers Out | 36,677.99 |
| | | Subtotal | $ 44,355.77 | | | |
| | | | | | Total | $ 44,355.77 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 44,355.77 | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 12)

LFORM2XT

Ver: 16.06b

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-03265 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FELIX COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6258 Checking - Non Interest |
| Taxpayer ID No: | *******2930 | | |
| For Period Ending: | 05/26/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/16/12 | | Transfer from Acct #*******7527 | Transfer In From MMA Account | | | | | 36,677.99 | 36,677.99 |
| 03/16/12 | 001001 | Laborers Pension & Welfare Funds<br>Amy Carollo, Office of Fund Counsel<br>111 w. Jackson Ste 1415<br>Chicago IL 60604 | final distribution | | | 28,640.18 | | | 8,037.81 |
| 03/16/12 | 001002 | Brenda Porter Helms | TRUSTEE FEE | | | 5,185.58 | | | 2,852.23 |
| 03/16/12 | 001003 | Brenda Porter Helms | trustee expenses | | | 1,839.73 | | | 1,012.50 |
| 03/16/12 | 001004 | The Helm sLaw Firm P.C. | Final Distribution | | | 1,012.50 | | | 0.00 |

| Account *******6258 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | | 4 Checks | 36,677.99 |
| | 0 Interest Postings | 0.00 | | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 36,677.99 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 36,677.99 | | | |
| | Total | $ 36,677.99 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 16.06b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03265 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | FELIX COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6258 Checking - Non Interest |
| Taxpayer ID No: | *******2930 | | |
| For Period Ending: | 05/26/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | |
| --- | --- | --- | --- | --- |
| Report Totals | Balance Forward | 0.00 | | |
| | 3 Deposits | 44,303.42 | 9 Checks | 44,263.66 |
| | 46 Interest Postings | 52.35 | 2 Adjustments Out | 92.11 |
| | | | 1 Transfers Out | 36,677.99 |
| | Subtotal | $ 44,355.77 | | |
| | | | Total | $ 81,033.76 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 36,677.99 | | |
| | Total | $ 81,033.76 | Net Total Balance | $ 0.00 |

/s/ BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 05/26/12
BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 16.06b